IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 2:10cr176-MHT |
| | ) | (WO) |
| SEAN MICHAEL BOISSONNEAU | ) | |

## **ORDER**

It is ORDERED that the Clerk of Court is to do the following:

(1) Open a new civil action under 28 U.S.C. § 2255 and docket the pro se motions (Doc. Nos. 42 and 46) in the instant case in the newly opened civil action;

(2) Assign the newly opened civil action to the undersigned district judge; and

(3) Refer the case file to the undersigned district judge for further proceedings upon completion of the foregoing directives.

The court is aware that the pro se motions (Doc. Nos. 42 and 46) have also been granted in this criminal case. The court's intent is to enter this order as well.

Done this 7th day of January, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE