IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr176-MHT |
| | ) | (WO) |
| SEAN MICHAEL BOISSONNEAU | ) | |

AMENDED ORDER

Defendant Sean Michael Boissonneau filed pro se motions for a concurrent sentence. He seeks to have his federal sentence run concurrent with a state sentence already imposed. The court issued an order to show cause, if any there be, as to why Boissonneau's motions should not be granted. The government responded that it does not oppose Boissonneau's request for a concurrent sentence. As such, it is ORDERED (1) that defendant Sean Michael Boissonneau's motions for a concurrent sentence (Doc. Nos. 42 and 46) are granted; (2) that the judgment (Doc. No. 38) is amended to reflect that the sentence is concurrent with the sentence issued in the Montgomery County, Alabama, Circuit Court, Case No. CC-08-648; and

(3) that this order is "nunc pro tunc," meaning that this order is effective as of the date of the original judgment (Doc. No. 38) in this case.

DONE, this the 8th day of January, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**